199 So. 252

**OHIO BUREAU OF CREDITS v. A. D. STEINBERG.**

**3 Div. 329.**

Supreme Court of Alabama.

Dec. 19, 1940.

Hill, Hill, Whiting & Rives, of Montgomery, for petitioner.

Herbert S. Rice, of Montgomery, opposed.

KNIGHT, Justice.

This case is before this court on petition of A. D. Steinberg for writ of certiorari to the Court of Appeals, to review and revise the opinion and judgment of said court in the case of Ohio Bureau of Credits v. A. D. Stemberg, 29 Ala.App. 515, 199 So. 246.

Writ denied.

All the Justices concur.